EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>    Enrique Gómez Rodríguez | 2002 TSPR 47<br><br>156 DPR _____ |

Número del Caso: 4878

Fecha: 11/marzo/2002

Colegio de Abogados de Puerto Rico:
                    Lcda. Sheila I. Vélez Martínez
                    Directora Ejecutiva

Materia: Suspensión del ejercicio de la abogacía y la notaría por
        no haber satisfecho el pago de la cuota de colegiación.
        (La suspensión es efectiva a partir del 3 de abril de 2002, fecha
        en que se le notificó al abogado el Per Curiam y Sentencia)

        Este documento constituye un documento oficial del Tribunal
        Supremo que está sujeto a los cambios y correcciones del proceso
        de compilación y publicación oficial de las decisiones del
        Tribunal. Su distribución electrónica se hace como un servicio
        público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

|  |  |  |
|---|---|---|
| Enrique Gómez Rodríguez | 4878 | Querella sobre suspensión del ejercicio de la abogacía y la notaría |

PER CURIAM

San Juan, Puerto Rico, a 11 de marzo de 2002.

Mediante Resolución concedimos un término de veinte (20) días al abogado querellado de epígrafe para que mostrara causa por la cual no debía ser suspendido del ejercicio de la abogacía por no haber satisfecho el pago de la cuota de colegiación al Colegio de Abogados de Puerto Rico.  En dicha Resolución el abogado fue apercibido de que su incumplimiento con la orden de este Tribunal conllevaría su suspensión automática del ejercicio de la abogacía.

Dicha Resolución fue notificada por correo a la dirección de récord del abogado querellado.

Transcurrido el término concedido al querellado sin haber recibido su contestación, procedemos a resolver según intimado.

Tomando en consideración su renuencia injustificada a satisfacer el pago de la cuota de colegiación, In re: Morales, Rubin, 139 D.P.R. 44 (1995); In re: Serrallés III, supra; Colegio de Abogados v. Schneider, 117 D.P.R. 504 (1986); y su indiferencia en responder a las órdenes de este Tribunal, lo cual de por sí conlleva la imposición de sanciones disciplinarias severas, In re: Colón Torres, 129 D.P.R. 490 (1991); In re: Pérez Benabe, 133 D.P.R. 361 (1993); In re: Ribas Dominici, 131 D.P.R. 491 (1992); In re: Nicot Santana, 129 D.P.R. 717 (1992), se decreta la suspensión inmediata e indefinida, y hasta que otra cosa disponga este Tribunal, del ejercicio de la abogacía y la notaría del abogado de epígrafe.

El Tribunal, además, le impone al querellado de epígrafe el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, y les ordena devolver cualesquiera honorarios recibidos por trabajos no realizados. También deberá informar de su suspensión a los distintos foros judiciales y administrativos del país.

El querellado deberá certificarnos en treinta (30) días contados a partir de la notificación de esta Opinión Per Curiam, el cumplimiento con estos deberes, notificando también al Procurador General.

La Oficina del Alguacil General de este Tribunal procederá de inmediato a incautarse de la obra y sello notarial de Enrique Gómez Rodríguez, luego de lo cual entregará la misma a la Oficina de Inspección de Notarías para la correspondiente inspección e informe.

Se dictará la sentencia correspondiente.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

|  |  |  |
|---|---|---|
| Enrique Gómez Rodríguez | 4878 | Querella sobre suspensión del ejercicio de la abogacía y la notaría |

SENTENCIA

San Juan, Puerto Rico, a 11 de marzo de 2002.

Por las razones que se expresan en la Opinión del Tribunal, la cual se hace formar parte integral de la presente Sentencia, se decreta la suspensión inmediata e indefinida y hasta que otra cosa disponga este Tribunal, del ejercicio de la abogacía y de la notaría a Enrique Gómez Rodríguez.

Se ordena al Alguacil de este Tribunal que se incaute de la obra y sello notarial de Enrique Gómez Rodríguez y lo entregue a la Directora de la Oficina de Inspección de Notaría.

El querellado notificará a sus clientes que por motivo de la suspensión no puede continuar con su representación legal y devolverá a éstos los expedientes de los casos pendientes y los honorarios recibidos por trabajos no realizados. Asimismo, informará de su suspensión a cualquier Sala del Tribunal General de Justicia o a cualquier foro administrativo donde tenga algún caso pendiente. Por último, tiene la obligación de acreditar y certificar ante este Tribunal, en el término de treinta (30) días, que se cumplió con lo antes señalado.

Así lo pronunció y manda el Tribunal y certifica la Secretaria del Tribunal Interina.

Carmen E. Cruz Rivera
Secretaria del Tribunal Supremo Interina